UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DANNY BALTIERRA,

                Plaintiff(s),        CIVIL ACTION NO.:   15-10008
vs.                                        HON. DENISE PAGE HOOD

ORLANS ASSOCIATES, P.C.,
                Defendant(s).
_____/

## SCHEDULING ORDER

This case having come before the court pursuant to Rule 16 of the Federal Rules of Civil Procedure or a status conference, the court **orders** the following schedule controlling the progress of this case:

**Answer due by 11/23/2015.**

**Disclosures**: Initial Disclosures shall be exchanged by **12/11/2015**

**Witnesses:** All witnesses to be called at trial shall be listed by: **LAY & EXPERTS 4/22/2016**

**Discovery:** All discovery shall be completed by: **5/23/2016**

**Status Conference set for**: **6/7/2016 at 2:30 PM**

**ADR:**    This case may be referred for alternative dispute resolution procedures under Local Rules 16.3 and 16.7. The parties may contact the Court *no later than the discovery deadline* for referral under any of the ADR procedures. The Scheduling Order continues to govern the case during the ADR process. See Local Rule 16.3(g)

**Motions:**    No motions other than trial motions **in limine** may be filed after Motion practice will be governed by Local Rule 7.1 and Appendix ECF.

**Settlement Conference**: **N/A**

**Final Pretrial Conference**:   **N/A**

**Trial:**  **N/A**

**Other Requirements:**  See Local Rules at **www.mied.uscourts.gov** and the Federal Rules of Civil Procedures, generally.

1. Submission of Orders, see Local Rules 5.2, 58.1, Appendix ECF.

2. Adjournment of any dates must be by leave of the Court either through Stipulation and Order submitted by the parties or, if no concurrence, by Motion.

**Additional Matters:** N/A

    SO ORDERED.

                        S/Denise Page Hood
                        Denise Page Hood
                        United States District Judge

Dated:  November 12, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 12, 2015, by electronic and/or ordinary mail.

                        S/LaShawn R. Saulsberry
                        Case Manager