UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANNY BALTIERRA,

      Plaintiff,                      Case No. 2:15-cv-10008

v.                                       Hon. Denise Page Hood

ORLANS ASSOCIATES, P.C.,

      Defendant.

---

**STIPULATED ORDER OF DISMISSAL**

This matter having come before the Court on the Stipulation of the parties and the Court being advised in the premises:

IT IS HEREBY ORDERED that this case is dismissed with prejudice and without costs or attorneys' fees.

IT IS SO ORDERED.


Dated: March 31, 2016                s/Denise Page Hood
                                                  Chief Judge, U.S. District Court

2

Stipulated as to entry:

| **Lyngklip & Associates Consumer Law Center, PLC** | **Dykema Gossett PLLC** |
|---|---|
| By: */s/ Ian B. Lyngklip (w/permission)* <br> Ian B. Lyngklip (P47173) <br> Attorney for Plaintiff <br> 24500 Northwestern Highway, <br> Ste. 206 <br> Southfield, MI 48075 <br> (248) 208-8864 <br> Ian@MichiganConsumerLaw.Com | By: */s/ Aaron L. Vorce* <br> Aaron L. Vorce (P68797) <br> Attorneys for Defendant <br> 201 Townsend St., Ste. 900 <br> Lansing, MI 48933 <br> (517) 374-9100 <br> avorce@dykema.com |